Mr. Presiding Justice Scanlan delivered the opinion of the court.

Downey Coal Company, appellant, v. Edythe Swartz and Betty Mosko, appellees.   Gen. No. 36,341.

Opinion filed May 23, 1933.

William A. Rogan, for appellant; William C. Burns and James A. Carlson, of counsel. No appearance for appellees.

Mr. Presiding Justice Scanlan delivered the opinion of the court.